UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY LUCAS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 11-2752** |
| **SHERIFF ROBERT J. CROWE, et al.** | **SECTION: "B"(5)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motion for summary judgment is granted and that plaintiff's claims against Sheriff Robert J. Crowe, Warden Demille Topps, and Deputy Sheriff Kim Brumfield are dismissed with prejudice.

**IT IS FURTHER ORDERED** that plaintiff's claims against Doctor Jerry Thomas are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B).

New Orleans, Louisiana, this 6th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE